# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Mataka Ledon Moore**     **Docket No. 7:08-CR-56-1BO**

### Petition for Action on Supervised Release

COMES NOW Jeffrey L. Keller, supervising probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mataka Ledon Moore, who, upon an earlier plea of guilty to Possession With the Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), a Quantity of Heroin, and a Quantity of Marijuana in violation of 21 U.S.C. § 841, and Possession of Firearms and Ammunition by a Felon in violation of 21 U.S.C. §§ 922 (g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 13, 2008, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court. He was also ordered to pay a $200 special assessment.

Mataka Ledon Moore was released from custody on May 17, 2013, at which time the term of supervised release commenced in the Middle District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has an extensive history of using marijuana. Shortly after the commencement of supervision, the defendant tested positive for the use of marijuana on May 22, 2013. The positive test result has been confirmed through laboratory analysis. The probation officer recommends that the conditions of supervision be modified to include substance abuse treatment and testing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

Mataka Ledon Moore
Docket No. 7:08-CR-56-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8660
Executed On: June 21, 2013

## ORDER OF COURT

Considered and ordered this __21__ day of __June__, 2013, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge