# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Mataka Ledon Moore            Docket No. 7:08-CR-56-1BO

### Petition for Action on Supervised Release

COMES NOW Jeffrey L. Keller, supervising probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mataka Ledon Moore, who, upon an earlier plea of guilty to Possession With the Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), a Quantity of Heroin, and a Quantity of Marijuana in violation of 21 U.S.C. § 841, and Possession of Firearms and Ammunition by a Felon in violation of 21 U.S.C. §§ 922 (g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 13, 2008, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court. He was also ordered to pay a $200 special assessment.

Mataka Ledon Moore was released from custody on May 17, 2013, at which time the term of supervised release commenced in the Middle District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has an extensive history of using marijuana. Shortly after the commencement of supervision, the defendant tested positive for the use of marijuana on May 22, 2013, and the court concurred with the probation officer's recommendation to modify the conditions of supervision to include substance abuse treatment and testing. The defendant has now tested positive for marijuana on two additional occasions (June 28, 2013, and July 17, 2013). Mr. Moore has openly discussed his substance abuse issues with his probation officer in the Middle District of North Carolina. His officer reports that he was remorseful and committed to take the necessary steps that will allow him to remain drug free and successfully complete supervision. The defendant will be attending a 12-step substance abuse program along with continued testing for the use of illegal drugs. Additionally, it is recommended that Mr. Moore serve a 2-day term of confinement as a response to the noncompliance outlined above. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision which will allow for the 2-day period of confinement.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined to the custody of the Federal Bureau of Prisons for a period of 2 days as directed by the probation officer, and he shall abide by all rules and regulations of that designated facility.

Mataka Ledon Moore
Docket No. 7:08-CR-56-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

          I declare under penalty of perjury that the
          foregoing is true and correct.

          /s/Jeffrey L. Keller
          Jeffrey L. Keller
          Supervising U.S. Probation Officer
          310 New Bern Avenue, Room 610
          Raleigh, NC 27601-1441
          Phone: 919-861-8660
          Executed On: July 31, 2013

## ORDER OF COURT

Considered and ordered this \_\_31\_\_ day of \_\_July\_\_, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge